# United States Court of Appeals
## For the First Circuit

---

No. 02-1907

IN RE QUESTER STERLING-SUÁREZ,

Petitioner.

---

The opinion of this court issued March 4, 2003, should be amended as follows:

On page 4, line 8, replace the word "<u>Courts</u>" with the words "<u>Practice and Procedure</u>".